SAFEWAY TRAILS, INC., *v.* UNITED STATES ET AL.

No. 375.   Decided November 9, 1959.

*William   A.   Roberts* and *Maxwell   A.   Howell* for appellant.

*Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, John C. Danielson, Robert W. Ginnane* and *Arthur J. Cerra* for the United States and the Interstate Commerce Commission, and *Frank B. Hand, Jr.* for Baltimore and Annapolis Railroad Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

GLOVER *v.* MICHIGAN.

No. 265, Misc.   Decided November 9, 1959.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.